David W. Zimmerman (#5567)
HOLLAND & HART LLP
60 East South Temple, Suite 2000
Salt Lake City, UT  84111
Telephone:  (801) 799-5922
Fax:  (801) 871-6139

*Attorneys for Plaintiff Brahma Group, Inc.*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BRAHMA GROUP, INC., <br><br>       Plaintiff, <br><br> v. <br><br> ENVIREX, INC., FIDELITY DEPOSIT COMPANY OF MARYLAND, and ZURICH AMERICAN INSURANCE COMPANY, <br><br>       Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE** <br><br><br><br> Case No. 2:06-CV-00076 <br><br> Judge Ted Stewart |

Based upon the Stipulation of the parties, and for good cause appearing,

IT IS HEREBY ORDERED that all of the claims for relief asserted in the above captioned matter are hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

DATED this 12th day of July, 2006.

**UNITED STATES DISTRICT COURT**

_____
Judge Ted Stewart

The foregoing is approved as to form and content:

**HOLLAND & HART LLP**


/s/ David W. Zimmerman
*Attorneys for Plaintiff Brahma Group, Inc.*


**JONES WALDO HOLBROOK & McDONOUGH**


/s/ Mark D. Tolman
*Attorneys for Defendant Envirex, Inc.*